FLORENCE BARNARD, Respondent, v. PHILIP E. BARNARD, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of CHARLES MILFORD, Respondent, v. WILLIAM McLEAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of MARGARET S. VAN VECHTEN in the Estate of CORA E. STEVENSON, Deceased. MARGARET S. VAN VECHTEN, Appellant, CITY BANK FARMERS TRUST COMPANY, as Executor, etc., Respondent.— Order unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

FOLKLAND APARTMENTS, INC., Appellant, v. NEW YORK STATE TEACHERS RETIREMENT SYSTEM, Respondent, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LOUIS GREENSTEIN, Appellant, v. THE PACIFIC MUTUAL LIFE INSURANCE COMPANY OF CALIFORNIA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HENNEBERGER-HARTLEY REALTY CORPORATION, Appellant, v. HARRY B. CHAMBERS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ELIZABETH SEIFERT and HARRY SEIFERT, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously reversed, with costs to the appellants, and order modified by striking out the provision that the complaint be dismissed, with costs, and by ordering a new trial. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.